Filed 1/17/25  P. v. Gutierrez CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Sacramento)

----

| | |
|---|---|
| THE PEOPLE, | C100887 |
| Plaintiff and Respondent, | (Super. Ct. No. 23FE003711) |
| v. | |
| SAMUEL GARCIA GUTIERREZ, | |
| Defendant and Appellant. | |

A.G., 41 years old at the time of trial, began living with defendant Samuel Garcia Gutierrez when she was 16.  They married, had two children, separated, and divorced.  A.G. and defendant made attempts to reconcile, during one of which their youngest child was born.  The last time they were together was in 2022.

In March 2023, A.G. was getting off work and saw defendant in the parking lot.  Defendant said his truck was disabled and asked A.G. to give him a ride to get a part.  When defendant got in the car, he pulled a handgun from a satchel, showed it to A.G.,

1

and put it back in. A.G. was shocked and scared. Defendant told A.G. they were going to his apartment.

On the stairs to the apartment A.G. stopped and began to cry because she was afraid, and defendant told her to keep going. When they entered the apartment, defendant took her car keys and phone. Inside the apartment, A.G. tried to convince defendant to let her go, but defendant told her to cooperate. Defendant led A.G. into the bedroom. Defendant asked A.G. to take him back. A.G. was crying and asking defendant to let her go. Defendant said the sooner A.G. cooperated, the sooner he would let her go. Defendant helped A.G. take her clothes off and took his clothes off. Defendant performed oral sex on A.G. and then inserted his penis in her vagina. A.G. was crying and asking defendant to let her go.

At one point, A.G. received a call from her mother, and defendant let her answer it. Defendant told her not to say anything. A.G. used the opportunity to send her location to her sister to alert her that A.G. was at defendant's apartment so the sister could hopefully send help. Defendant took A.G.'s phone back. They continued having sex, and defendant ejaculated on A.G.'s stomach. During sex, defendant told A.G. the gun he had showed her was fake. A.G. was still afraid defendant would hurt her.

A.G. and defendant got dressed. A.G. asked to leave, and defendant told her to drive him back to his car. When they got to the parking lot, A.G.'s parents and her son were waiting. When they got to her parents' house, A.G. called 911. Police officers responded and took her to a detective's office, where A.G. gave a statement.

The prosecution charged defendant with kidnapping and rape. The jury found defendant guilty of both counts. The trial court sentenced defendant to the middle term of six years on the rape count and a consecutive middle term of five years on the kidnapping count. The court determined that defendant was entitled to 458 total days credit for time served, consisting of 399 actual and 59 local conduct days, and imposed fines and assessments.

Defendant appeals.

## DISCUSSION

Appointed counsel filed an opening brief setting forth the facts of the case and asking this court to review the record and determine whether there are any arguable issues on appeal. (*People v. Wende* (1979) 25 Cal.3d 436.) Counsel advised defendant of the right to file a supplemental brief within 30 days of the date of filing of the opening brief. More than 30 days have elapsed, and we received no communication from defendant.

Finding no arguable error that would result in a disposition more favorable to defendant, we affirm.

## DISPOSITION

The judgment is affirmed.

/s/ _____
ROBIE, J.

We concur:

/s/ _____
EARL, P. J.

/s/ _____
DUARTE, J.

3